**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

DEANGELO SINGLETARY
REG. #23603-009                                                                                                    PETITIONER

VS.                                            2:06CV00043 JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                                    RESPONDENT

**JUDGMENT**

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that:

1. Petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is GRANTED; and

2. Respondent is directed to (a) consider, in good faith, transferring Petitioner to a CCC for the last six months of his sentence pursuant to an individualized consideration of the statutory factors set forth in 18 U.S.C. § 3621(b); and (b) place Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months.

Dated this 22nd day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE